NUMBER 13-05-034-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
JOE DARRYL STEPHENS,                                                  Appellant,

v.

DENISE ANN STEPHENS,                                                    Appellee.
____________________________________________________________________

On appeal from the 247th District Court
of Harris County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, JOE DARRYL STEPHENS, attempted to perfect an appeal from a
judgment entered by the 247th District Court of Harris County, Texas, in cause
number 0420972. After the notice of appeal was filed, appellant filed a motion to
dismiss the appeal. In the motion, appellant states that this case has been resolved
and appellant no longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 31st day of March, 2005.